**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03279-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ELSWORTH BERTHELOT,

    Applicant,

v.

D. BERKEBILE, Warden, F.P.C. Florence,

    Respondent.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant, Elsworth Berthelot, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Prison Camp in Florence, Colorado. Applicant has submitted an "Application for an Expedited Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241."

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted document is deficient as described in this Order. The Court also finds there is no basis for granting Applicant's request to expedite this action. Applicant's disciplinary proceeding is not final, a transfer does not dismiss the action for want of jurisdiction, and results of a disciplinary action do not, *per se*, state immediate and irreparable harm. The Court will require Applicant to cure the deficiencies noted below if he wishes to pursue his claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X     is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   X     is missing certified statement showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   An original and a copy have not been received by the court. Only an original has been received.
(10)  X     other: **Although Applicant has stated that the filing fee will be paid by an outside source, the Court has not received the payment. To proceed, Applicant must pay the $5.00 filing fee if he does not request to proceed pursuant to 28 U.S.C. § 1915.**

**Complaint, Petition or Application**:
(11)  ___   is not submitted
(12)  X     is not on proper form (must use the Court's current form that is available at www.cod.uscourts.gov and can be obtained with assistance of case manager or facility's legal assistant. Applicant does not assert he has requested the appropriate form and has been denied a copy by prison staff)
(13)  ___   is missing an original signature by the prisoner
(14)  ___   is missing page nos. ___
(15)  ___   uses et al. instead of listing all parties in caption
(16)  ___   An original and a copy have not been received by the court. Only an original has been received.
(17)  ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)  ___   names in caption do not match names in text
(19)  ___   other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Court-approved form used in filing a 28 U.S.C. § 2241 action and a 28 U.S.C. § 1915 motion, if necessary, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 5, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge