IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03279-BNB

ELSWORTH BERTHELOT,

    Applicant,

v.

D. BERKEBILE, Warden, F.P.C., Florence,

    Respondent.

## ORDER OF DISMISSAL

    Applicant, Elsworth Berthelot, is in the custody of the Federal Bureau of Prisons at the Federal Prison Camp in Florence, Colorado. Mr. Berthelot initiated this action *pro se* by filing a pleading titled "Elsworth Berthelot's Pro Se Application for an Expedited Writ of Habeas Corpus Pursuant to 28 USC § 2241," ECF No. 1. On December 5, 2013, Magistrate Judge Boyd N. Boland entered an order and directed Mr. Berthelot to cure certain deficiencies in the pleading. Specifically, Magistrate Judge Boland directed Mr. Berthelot to submit his claims on a Court-approved form used in filing § 2241 actions. Magistrate Judge Boland also directed Mr. Berthelot to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a proper form along with a certified account statement showing the current balance in his trust fund account.

    Magistrate Judge Boland warned Mr. Berthelot that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Mr. Berthelot has failed to comply with the December 5 Order within the time allowed, and the action will be dismissed without prejudice for failure to cure the deficiencies.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Berthelot files a notice of appeal he must also pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this 10th day of January, 2014.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court